**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE JOHN L. KANE**

_____

Courtroom Deputy: LaDonne Bush               Date: July 14, 2008
Court Reporter: Darlene Martinez

_____

Criminal Action No. 08-cr-00162-JLK          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Michael Carey

      Plaintiff,

v.

1. Edward W. Kruse, III,                     Charles E. Feldman
2. Sean Sulzner,

      Defendants.

_____

## COURTROOM MINUTES
_____

**Status Conference/Trial Setting**

1:58 p.m.     Court in session.

The appearance of both defendants is waived.

**ORDERED**:  Motion to Clarify Court's Order to Provide Grand Jury Transcripts Dated May 19th, 2008 (Doc. 36) is denied and disclosure is limited to attorneys of record in this case.

Discussion regarding the medical condition of Defendant Kruse and speedy trial. Counsel agree to a trial date in late October.

Court's ends of justice findings.

Discussion regarding the location of the trial.

**ORDERED**: Trial is set October 27, 2008.  Final trial preparation conference is set October 14, 2008, at 10:00 a.m.

2:12 p.m.     Court in recess.

Hearing concluded.
Time: 00:14