IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00162-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

1.     EDWARD W. KRUSE, III
2.     SEAN SULZNER

    Defendants.

---

**GOVERNMENT MOTION FOR DETERMINATION OF MENTAL COMPETENCE**

---

United States of America, by Michael P. Carey, Assistant U.S. Attorney for the District of Colorado, moves pursuant to 18 U.S.C. § 4241 for a hearing prior to trial to determine if defendant Edward W. Kruse is mentally competent to stand trial, and states:

    1. On July 7, 2008, defendants Edward Kruse and Sean Sulzner filed a joint motion [Document 38] to waive the defendants' appearances at the hearing scheduled for July 14, 2008, and in regard to Kruse, stated that

        a.) in February 2008 Kruse underwent major brain surgery to remove a cancer in his sinuses;

    b.) that Kruse underwent significant post surgery medical treatment to include chemotherapy treatment;

    c.) that Kruse was undergoing additional and frequent cancer treatments at St. Mary's Hospital in Grand Junction.

As a result of the cancer and these treatments, the motion maintained that Kruse was unable to participate in his defense and manage his business affairs.

  2. At the motions hearing on July 14, 2008 there was further discussion of the condition of defendant Kruse, and a letter from Dr. Michael Bergen, the treating oncologist, was offered. In the letter dated July 2, 2008, Dr. Bergen describes the dramatic recurrence of a malignant melanoma and the prognosis that Mr. Kruse will likely pass away within a 2 month period of time.

  3. Following this disclosure, the government indicated it had no intention of prosecuting an individual who was in the final stages of his life, and the case was continued to October 14, 2008 to reassess the defendant's physical and mental condition.

  4. On September 15, 2008, the defendants filed a joint motion [Document 42] to waive the defendants' appearances at the hearing on October 14, 2008. The medical reasons are the same as set out in the previous motion [Document 38] with the repeated statement that Mr. Kruse is unable to manage his business affairs, and the letter from Dr. Bergen dated July 2, 2008 (proffered at the hearing on July 14, 2008) is now attached to this motion.

5. The defendants' motion to waive appearances on October 14, 2008 fails to provide a current assessment of the physical and mental condition of defendant Kruse, but more importantly, it fails to address his prognosis for the trial set to begin on October 27, 2008. If Kruse can not travel to Denver for the hearing on October 14, 2008, it seems unlikely given the repeated statements of his deteriorating condition during the past several months, that he can assist in his defense in a trial set to begin 2 weeks later.

6. The government will not prosecute defendant Kruse if his mental and physical condition is such that he can not participate in his defense and his life expectancy is limited to a period of months. However, no current information has been provided by the defendant to allow the government to make an assessment.

Wherefore, the government moves for a pre trial hearing to determine if defendant Kruse is capable to assist properly in his defense.

Respectfully submitted on October 2, 2008.

    Troy A. Eid
    United States Attorney

    s/ Michael P. Carey
    Michael P. Carey
    Assistant United States Attorney
    1225 Seventeenth Street, Suite 700
    Denver, CO 80202
    Phone: (303) 454-0100
    Fax: (303) 454-0404
    Email: michael.carey@usdoj.gov
    Attorney for the Government

**CERTIFICATE OF SERVICE**

      I certify that on October 2, 2008, I electronically filed the foregoing **GOVERNMENT MOTION FOR DETERMINATION OF MENTAL COMPETENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Charles Feldmann
cfeldmann@colo-lawyers.com

Jeffrey Weeden
jweeden@colo-lawyers.com

                                              s/ Michael P. Carey
                                              Michael P. Carey
                                              Assistant United States Attorney
                                              1225 Seventeenth Street, Suite 700
                                              Denver, CO 80202
                                              Phone: (303) 454-0100
                                              Fax: (303) 454-0404
                                              Email: michael.carey@usdoj.gov