IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-162-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

1. **EDWARD W. KRUSE, III**
2. **SEAN SULZNER,**

        Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

    Defendants shall respond to the Government Motion for Inquiry into Joint Representation (doc. #52), filed October 2, 2008, on or before October 9, 2008. This matter will be addressed at the October 14, 2008 Final Trial Conference/Motions Hearing.

    The Government's Motion for Determination of Mental Competence (doc. #51), filed October 3, 2008, is GRANTED. Counsel shall provide current documentation regarding Mr. Kruse 's medical condition prior to the hearing.

---

Dated: October 3, 2008